

Direct: (646) 889-1007
Fax: (516) 604-0157

**NISAR LAW GROUP, P.C.**
Employment Attorneys
One Grand Central Place
60 East 42nd Street, Suite 4600
New York, NY 10165

July 15, 2021

> The application is GRANTED. The initial pre-trial conference scheduled for July 22, 2021, is **adjourned** to **August 12, 2021, at 11:00 a.m.**, on the following conference call line: 888-363-4749, access code 558-3333. The parties are reminded that their joint letter and proposed case management plan are due seven days prior, or by **August 5, 2021**.
>
> SO ORDERED
>
> Dated: July 16, 2021
>       New York, New York
>
> LORNA G. SCHOFIELD
> **UNITED STATES DISTRICT JUDGE**

<u>Via ECF</u>
Hon. Lorna G. Schofield, U.S.D.J.
U.S. District Court (S.D.N.Y.)
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, NY 10007

    Re:    ***Banks v. International Leadership Charter High School et al***
            Case Number: 1:21-cv-04569-LGS

Your Honor:

    This letter is respectfully submitted on behalf of the plaintiff regarding the above-captioned matter and in light of so much of Court's order entered June 10, 2021 which scheduled a telephone conference for July 22, 2021 and for the parties to file a joint letter at least seven days prior to said conference (i.e., by July 15, 2021). (ECF #5.)

    Yesterday afternoon, the plaintiff's counsel (the undersigned) was contacted by an attorney who stated that her firm had just been contacted by the defendants in this matter, was in the process of being retained, and asked for the plaintiff to consent to a brief extension of time for defendants to file an Answer or otherwise respond to the filed complaint (to which the plaintiff's counsel consented).

    Accordingly, the plaintiff respectfully asks the Court to stay so much of the Court's June 10, 2021 order which directed the parties' attorneys to file a joint letter as well as to adjourn the July 22, 2021 telephone conference. The parties anticipate filing a proposed briefing schedule with respect to the defendants filing a pleading responsive to the filed complaint as well as proposed dates for the Court's consideration regarding a telephone conference (and for filing a joint letter prior thereto).

    The plaintiff and counsel thank the Court for its attention to this matter.

                                            Respectfully submitted,

                                            _____
                                            Casimir Wolnowski, Esq.
                                            *Attorney for Plaintiff*