UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DONNA BANKS,
                         Plaintiff,           21 Civ. 4569 (LGS)

         -against-                           ORDER

INTERNATIONAL LEADERSHIP CHARTER
HIGH SCHOOL et al.,
                       Defendants.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the initial pretrial conference in this matter is scheduled for August 12, 2021, at 11:00 a.m.

      WHEREAS, no significant issues were raised in the parties' joint letter or proposed case management plan. It is hereby

      **ORDERED** that the initial pretrial conference is **cancelled**. If the parties believe that a conference would nevertheless be useful, they should inform the Court immediately so the conference can be reinstated. The case management plan and scheduling order will issue in a separate order, as will a referral to the District's mediation program. The parties' attention is particularly directed to the provisions for periodic status letters, and the need for a pre-motion letter to avoid cancellation of the final conference and setting of a trial date.

      The parties are advised that the Court does not modify discovery deadlines absent extraordinary circumstances.

Dated: August 9, 2021
       New York, New York

                                          LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE