```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
DONNA BANKS,                                                 :
                                    Plaintiff,              :
                                                             :         21 Civ. 4569 (LGS)
              -against-                                      :
                                                             :              ORDER
INTERNATIONAL LEADERSHIP CHARTER                             :
HIGH SCHOOL, et al.,                                         :
                                    Defendants.             :
                                                             X
-------------------------------------------------------------
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on September 15, 2021, the Court was informed that the parties have reached a settlement in principle on all issues. It is hereby

**ORDERED** that all litigation deadlines are stayed *sine die* and all conferences cancelled. The Clerk of Court is respectfully directed to close the motion at Docket No. 32. It is further

**ORDERED** that, by **October 15**, **2021**, the parties shall submit: (i) the settlement agreement to the Court and (ii) a joint letter with supporting evidence addressing the findings this Court must make in order to approve the settlement as fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015*), cert. denied*, 136 S. Ct. 824 (2016); *Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335-36 (S.D.N.Y. 2012) (outlining factors district courts have used to determine whether a proposed settlement is fair and reasonable).

Dated: September 16, 2021
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**